**Order entered July 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00944-CR

### BRYCE DAREC CLARK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83633-2017**

## ORDER

Before the Court is appellant's June 25, 2019 fourth motion to extend the time to file appellant's brief. The brief has been tendered with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE